# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No.** _____

_____ vs. _____

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

_____

Indicate the party's role IN THIS COURT (check **only** one):

     ____ Petitioner(s)      ____ Appellant(s)      ____ Intervenor(s)

     ____ Respondent(s)      ____ Appellee(s)      ____ Amicus Curiae

(Type or Print) Counsel's Name _____

     ____ Mr.      ____ Ms.      ____ Mrs.      ____ Miss      ____ Mx.

Firm _____

Address _____

City, State, Zip Code _____

Phone _____ Fax _____

**Primary E-Mail Address (required)** _____
**Additional E-Mail Address (1)** _____
**Additional E-Mail Address (2)** _____
**Additional E-Mail Address (3)** _____

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** _____

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020

**Parties Represented:**
Yvonne Sagapolutele, personal representative of the estate of Pio Sagapolutele.
Margrit Dyko, personal representative of the estate of Christopher Dyko.
Andre Howard, personal representative of the estate of Thomas Howard.
Donna Martin, personal representative of the estate of Fest Cotton.
Rhonda Duncan, personal representative of the estate of Clyde Duncan.
Lenore Stehouwer, personal representative of the estate of Ronald Stehouwer.
Nina Hunter, personal representative of the estate of Timothy K. Cotton.
Holly Oliver, personal representative of the estate of Robert Oliver.
Mindy Stubbs, personal representative of the estate of Robert Glenn Wharton.
Gary Schuh, personal representative of the estate of William Donald Enyart.
Rona Taylor, personal representative of the estate of Altie Taylor, Jr.
Lisa Chamberlin, personal representative of the estate of Frank Chamberlin.
Gwendolyn Daniels, personal representative of the estate of David Daniels.
Wanda Cayolle-Payne, personal representative of the estate of Kenneth Payne.
John H. Baker, III, personal representative of the estate of John Baker, Jr.
Ellen Morin, personal representative of the estate of Milton D. Morin.
Sexton Holmes, personal representative of the estate of Earnest Holmes.
Ella McGill, personal representative of the estate of Ralph Louis McGill, Sr.

## **CERTIFICATE OF SERVICE**

      I, David Campbell, hereby certify that on the 17th day of April 2023, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record who are ECF registrants.


Dated: April 17, 2023                                                          */s/ David Campbell*
                                                                                                        David Campbell