

# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## POST-APPEAL NOTICE OF DENIAL OF MONETARY AWARD CLAIM
### DATE OF NOTICE: September 26, 2019

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 950013520 |
| **Name:** | First: John  M.I.: H.  Last: Baker |
| **Settlement Class Member Type** | Representative Claimant |
| **Lawyer** | O'Hanlon, Demerath & Castillo |
| **Qualifying Diagnosis** | Death with CTE (Chronic Traumatic Encephalopathy) |
| **Date of Qualifying Diagnosis** | 10/31/07 |
| **Appellant** | Settlement Class Member |
| **Appellee** | NFL |

### II. EXPLANATION OF CLAIM DETERMINATION

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. The Special Master reviewed the appeal and determined the following, which is final and binding:

Appeal denied. Appellant did not show clear and convincing evidence of error in the Claims Administrator's decision. The Special Master's decision is a factual determination and is final and binding.

1. Special Master ruled that the claim is denied

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.



# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## POST-APPEAL NOTICE OF DENIAL OF MONETARY AWARD CLAIM
DATE OF NOTICE: September 26, 2019

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 950013403 |
| **Name:** | First: Wanda  M.I.:  Last: Cayolle-Payne |
| **Settlement Class Member Type** | Representative Claimant |
| **Lawyer** | O'Hanlon, Demerath & Castillo |
| **Qualifying Diagnosis** | Death with CTE (Chronic Traumatic Encephalopathy) |
| **Date of Qualifying Diagnosis** | 8/1/11 |
| **Appellant** | Settlement Class Member |
| **Appellee** | NFL |

### II. EXPLANATION OF CLAIM DETERMINATION

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. The Special Master reviewed the appeal and determined the following, which is final and binding:

Appeal denied. Appellant did not show clear and convincing evidence of error in the Claims Administrator's decision. The Special Master's decision is a factual determination and is final and binding.

1. Special Master ruled that the claim is denied

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.



# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## POST-APPEAL NOTICE OF DENIAL OF MONETARY AWARD CLAIM
### DATE OF NOTICE: July 17, 2020

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 950013179 |
| **Name:** | First: Lisa   M.I.: A.   Last: Chamberlin |
| **Settlement Class Member Type** | Representative Claimant |
| **Lawyer** | O'Hanlon, Demerath & Castillo |
| **Qualifying Diagnosis** | Death with CTE (Chronic Traumatic Encephalopathy) |
| **Date of Qualifying Diagnosis** | 11/17/13 |
| **Appellant** | Settlement Class Member |
| **Appellee** | NFL |

### II. EXPLANATION OF CLAIM DETERMINATION

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. The Special Master reviewed the appeal and determined the following:

Please see attached.

1. Special Master ruled that the claim is denied

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.



# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## POST-APPEAL NOTICE OF DENIAL OF MONETARY AWARD CLAIM
**DATE OF NOTICE: September 26, 2019**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 950013223 |
| **Name:** | First: Gwendolyn  M.I.:  Last: Daniels |
| **Settlement Class Member Type** | Representative Claimant |
| **Lawyer** | O'Hanlon, Demerath & Castillo |
| **Qualifying Diagnosis** | Death with CTE (Chronic Traumatic Encephalopathy) |
| **Date of Qualifying Diagnosis** | 8/7/14 |
| **Appellant** | Settlement Class Member |
| **Appellee** | NFL |

### II. EXPLANATION OF CLAIM DETERMINATION

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. The Special Master reviewed the appeal and determined the following, which is final and binding:

Appeal denied. Appellant did not show clear and convincing evidence of error in the Claims Administrator's decision. The Special Master's decision is a factual determination and is final and binding.

1. Special Master ruled that the claim is denied

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.

Case: 23-1585    Document: 15-5    Page: 5    Date Filed: 04/17/2023



# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## POST-APPEAL NOTICE OF DENIAL OF MONETARY AWARD CLAIM
**DATE OF NOTICE:** September 26, 2019

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 950011819 |
| **Name:** | First: Rhonda   M.I.: R.   Last: Duncan |
| **Settlement Class Member Type** | Representative Claimant |
| **Lawyer** | O'Hanlon, Demerath & Castillo |
| **Qualifying Diagnosis** | Death with CTE (Chronic Traumatic Encephalopathy) |
| **Date of Qualifying Diagnosis** | 2/16/15 |
| **Appellant** | Settlement Class Member |
| **Appellee** | NFL |

### II. EXPLANATION OF CLAIM DETERMINATION

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. The Special Master reviewed the appeal and determined the following, which is final and binding:

Appeal denied. Appellant did not show clear and convincing evidence of error in the Claims Administrator's decision. The Special Master's decision is a factual determination and is final and binding.

1. Special Master ruled that the claim is denied

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.



# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## POST-APPEAL NOTICE OF DENIAL OF MONETARY AWARD CLAIM
**DATE OF NOTICE:** September 26, 2019

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 950011814 |
| **Name:** | First: Margrit    M.I.: C.    Last: Dyko |
| **Settlement Class Member Type** | Representative Claimant |
| **Lawyer** | O'Hanlon, Demerath & Castillo |
| **Qualifying Diagnosis** | Death with CTE (Chronic Traumatic Encephalopathy) |
| **Date of Qualifying Diagnosis** | 12/28/14 |
| **Appellant** | Settlement Class Member |
| **Appellee** | NFL |

### II. EXPLANATION OF CLAIM DETERMINATION

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. The Special Master reviewed the appeal and determined the following, which is final and binding:

Appeal denied. Appellant did not show clear and convincing evidence of error in the Claims Administrator's decision. The Special Master's decision is a factual determination and is final and binding.

1. Special Master ruled that the claim is denied

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.



# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## POST-APPEAL NOTICE OF DENIAL OF MONETARY AWARD CLAIM
**DATE OF NOTICE:** September 26, 2019

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 950013608 |
| **Name:** | First: Sexton   M.I.:   Last: Holmes |
| **Settlement Class Member Type** | Representative Claimant |
| **Lawyer** | O'Hanlon, Demerath & Castillo |
| **Qualifying Diagnosis** | Death with CTE (Chronic Traumatic Encephalopathy) |
| **Date of Qualifying Diagnosis** | 1/17/08 |
| **Appellant** | Settlement Class Member |
| **Appellee** | NFL |

### II. EXPLANATION OF CLAIM DETERMINATION

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. The Special Master reviewed the appeal and determined the following, which is final and binding:

Appeal denied. Appellant did not show clear and convincing evidence of error in the Claims Administrator's decision. The Special Master's decision is a factual determination and is final and binding.

1. Special Master ruled that the claim is denied

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com.  If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.



# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## POST-APPEAL NOTICE OF DENIAL OF MONETARY AWARD CLAIM
### DATE OF NOTICE: September 26, 2019

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 950011815 |
| **Name:** | First: Andre   M.I.:   Last: Howard |
| **Settlement Class Member Type** | Representative Claimant |
| **Lawyer** | O'Hanlon, Demerath & Castillo |
| **Qualifying Diagnosis** | Death with CTE (Chronic Traumatic Encephalopathy) |
| **Date of Qualifying Diagnosis** | 11/18/13 |
| **Appellant** | Settlement Class Member |
| **Appellee** | NFL |

### II. EXPLANATION OF CLAIM DETERMINATION

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. The Special Master reviewed the appeal and determined the following, which is final and binding:

Appeal denied. Appellant did not show clear and convincing evidence of error in the Claims Administrator's decision. The Special Master's decision is a factual determination and is final and binding.

1. Special Master ruled that the claim is denied

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.



# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## POST-APPEAL NOTICE OF DENIAL OF MONETARY AWARD CLAIM
**DATE OF NOTICE:** September 26, 2019

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 950011821 |
| **Name:** | First: Nina    M.I.: S.    Last: Hunter |
| **Settlement Class Member Type** | Representative Claimant |
| **Lawyer** | O'Hanlon, Demerath & Castillo |
| **Qualifying Diagnosis** | Death with CTE (Chronic Traumatic Encephalopathy) |
| **Date of Qualifying Diagnosis** | 7/16/10 |
| **Appellant** | Settlement Class Member |
| **Appellee** | NFL |

### II. EXPLANATION OF CLAIM DETERMINATION

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. The Special Master reviewed the appeal and determined the following, which is final and binding:

Appeal denied. Appellant did not show clear and convincing evidence of error in the Claims Administrator's decision. The Special Master's decision is a factual determination and is final and binding.

1. Special Master ruled that the claim is denied

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.



# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## POST-APPEAL NOTICE OF DENIAL OF MONETARY AWARD CLAIM
DATE OF NOTICE: September 26, 2019

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 950011818 |
| **Name:** | First: Donna   M.I.   Last: Martin |
| **Settlement Class Member Type** | Representative Claimant |
| **Lawyer** | O'Hanlon, Demerath & Castillo |
| **Qualifying Diagnosis** | Death with CTE (Chronic Traumatic Encephalopathy) |
| **Date of Qualifying Diagnosis** | 7/22/12 |
| **Appellant** | Settlement Class Member |
| **Appellee** | NFL |

### II. EXPLANATION OF CLAIM DETERMINATION

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. The Special Master reviewed the appeal and determined the following, which is final and binding:

Appeal denied. Appellant did not show clear and convincing evidence of error in the Claims Administrator's decision. The Special Master's decision is a factual determination and is final and binding.

1. Special Master ruled that the claim is denied

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.





# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## POST-APPEAL NOTICE OF DENIAL OF MONETARY AWARD CLAIM
DATE OF NOTICE: September 26, 2019

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 950015171 |
| **Name:** | First: Ella   M.I.   Last: Mcgill |
| **Settlement Class Member Type** | Representative Claimant |
| **Lawyer** | O'Hanlon, Demerath & Castillo |
| **Qualifying Diagnosis** | Death with CTE (Chronic Traumatic Encephalopathy) |
| **Date of Qualifying Diagnosis** | 3/21/15 |
| **Appellant** | Settlement Class Member |
| **Appellee** | NFL |

### II. EXPLANATION OF CLAIM DETERMINATION

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. The Special Master reviewed the appeal and determined the following, which is final and binding:

Appeal denied. Appellant did not show clear and convincing evidence of error in the Claims Administrator's decision. The Special Master's decision is a factual determination and is final and binding.

1. Special Master ruled that the claim is denied

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.



# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## POST-APPEAL NOTICE OF DENIAL OF MONETARY AWARD CLAIM
DATE OF NOTICE: September 26, 2019

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 950013523 |
| **Name:** | First: Ellen   M.I.: A.   Last: Morin |
| **Settlement Class Member Type** | Representative Claimant |
| **Lawyer** | O'Hanlon, Demerath & Castillo |
| **Qualifying Diagnosis** | Death with CTE (Chronic Traumatic Encephalopathy) |
| **Date of Qualifying Diagnosis** | 7/9/10 |
| **Appellant** | Settlement Class Member |
| **Appellee** | NFL |

### II. EXPLANATION OF CLAIM DETERMINATION

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. The Special Master reviewed the appeal and determined the following, which is final and binding:

Appeal denied. Appellant did not show clear and convincing evidence of error in the Claims Administrator's decision. The Special Master's decision is a factual determination and is final and binding.

1. Special Master ruled that the claim is denied

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.



# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## POST-APPEAL NOTICE OF DENIAL OF MONETARY AWARD CLAIM
**DATE OF NOTICE: September 26, 2019**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 950011822 |
| **Name:** | First: Holly   M.I.   Last: Oliver |
| **Settlement Class Member Type** | Representative Claimant |
| **Lawyer** | O'Hanlon, Demerath & Castillo |
| **Qualifying Diagnosis** | Death with CTE (Chronic Traumatic Encephalopathy) |
| **Date of Qualifying Diagnosis** | 6/28/13 |
| **Appellant** | Settlement Class Member |
| **Appellee** | NFL |

### II. EXPLANATION OF CLAIM DETERMINATION

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. The Special Master reviewed the appeal and determined the following, which is final and binding:

Appeal denied. Appellant did not show clear and convincing evidence of error in the Claims Administrator's decision. The Special Master's decision is a factual determination and is final and binding.

1. Special Master ruled that the claim is denied

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.



# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## POST-APPEAL NOTICE OF DENIAL OF MONETARY AWARD CLAIM
**DATE OF NOTICE: September 26, 2019**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 950013154 |
| **Name:** | First: Yvonne   M.I.:   Last: Sagapolutele |
| **Settlement Class Member Type** | Representative Claimant |
| **Lawyer** | O'Hanlon, Demerath & Castillo |
| **Qualifying Diagnosis** | Death with CTE (Chronic Traumatic Encephalopathy) |
| **Date of Qualifying Diagnosis** | 6/7/09 |
| **Appellant** | Settlement Class Member |
| **Appellee** | NFL |

### II. EXPLANATION OF CLAIM DETERMINATION

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. The Special Master reviewed the appeal and determined the following, which is final and binding:

Appeal denied. Appellant did not show clear and convincing evidence of error in the Claims Administrator's decision. The Special Master's decision is a factual determination and is final and binding.

1. Special Master ruled that the claim is denied

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.



# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## POST-APPEAL NOTICE OF DENIAL OF MONETARY AWARD CLAIM
DATE OF NOTICE: **September 26, 2019**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 950013176 |
| **Name:** | First: Gary　M.I.: R.　Last: Schuh |
| **Settlement Class Member Type** | Representative Claimant |
| **Lawyer** | O'Hanlon, Demerath & Castillo |
| **Qualifying Diagnosis** | Death with CTE (Chronic Traumatic Encephalopathy) |
| **Date of Qualifying Diagnosis** | 2/10/15 |
| **Appellant** | Settlement Class Member |
| **Appellee** | NFL |

### II. EXPLANATION OF CLAIM DETERMINATION

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. The Special Master reviewed the appeal and determined the following, which is final and binding:

Appeal denied. Appellant did not show clear and convincing evidence of error in the Claims Administrator's decision. The Special Master's decision is a factual determination and is final and binding.

1. Special Master ruled that the claim is denied

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.



# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## POST-APPEAL NOTICE OF DENIAL OF MONETARY AWARD CLAIM
**DATE OF NOTICE: September 26, 2019**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 950011820 |
| **Name:** | First: Lenore    M.I.: Z.    Last: Stehouwer |
| **Settlement Class Member Type** | Representative Claimant |
| **Lawyer** | O'Hanlon, Demerath & Castillo |
| **Qualifying Diagnosis** | Death with CTE (Chronic Traumatic Encephalopathy) |
| **Date of Qualifying Diagnosis** | 1/18/07 |
| **Appellant** | Settlement Class Member |
| **Appellee** | NFL |

### II. EXPLANATION OF CLAIM DETERMINATION

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. The Special Master reviewed the appeal and determined the following, which is final and binding:

Appeal denied. Appellant did not show clear and convincing evidence of error in the Claims Administrator's decision. The Special Master's decision is a factual determination and is final and binding.

1. Special Master ruled that the claim is denied

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.



# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## POST-APPEAL NOTICE OF DENIAL OF MONETARY AWARD CLAIM
**DATE OF NOTICE:** September 26, 2019

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 950013174 |
| **Name:** | First: Mindy   M.I.: L.   Last: Stubbs |
| **Settlement Class Member Type** | Representative Claimant |
| **Lawyer** | O'Hanlon, Demerath & Castillo |
| **Qualifying Diagnosis** | Death with CTE (Chronic Traumatic Encephalopathy) |
| **Date of Qualifying Diagnosis** | 10/8/08 |
| **Appellant** | Settlement Class Member |
| **Appellee** | NFL |

### II. EXPLANATION OF CLAIM DETERMINATION

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. The Special Master reviewed the appeal and determined the following, which is final and binding:

Appeal denied. Appellant did not show clear and convincing evidence of error in the Claims Administrator's decision. The Special Master's decision is a factual determination and is final and binding.

1. Special Master ruled that the claim is denied

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.



# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## POST-APPEAL NOTICE OF DENIAL OF MONETARY AWARD CLAIM
**DATE OF NOTICE: September 26, 2019**

### I. SETTLEMENT CLASS MEMBER INFORMATION

| | |
|---|---|
| **Settlement Program ID** | 950013178 |
| **Name:** | First: Rona   M.I.: C.   Last: Taylor |
| **Settlement Class Member Type** | Representative Claimant |
| **Lawyer** | O'Hanlon, Demerath & Castillo |
| **Qualifying Diagnosis** | Death with CTE (Chronic Traumatic Encephalopathy) |
| **Date of Qualifying Diagnosis** | 3/14/10 |
| **Appellant** | Settlement Class Member |
| **Appellee** | NFL |

### II. EXPLANATION OF CLAIM DETERMINATION

This Notice is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. The Special Master reviewed the appeal and determined the following, which is final and binding:

Appeal denied. Appellant did not show clear and convincing evidence of error in the Claims Administrator's decision. The Special Master's decision is a factual determination and is final and binding.

1. Special Master ruled that the claim is denied

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Notice or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com.  If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.