**O'HANLON, DEMERATH & CASTILLO**
ATTORNEYS AND COUNSELORS AT LAW
808 WEST AVENUE
AUSTIN, TEXAS 78701
PHONE: (512) 494-9949
FAX: (512) 494-9919

**DAVID J. CAMPBELL**
*Board Certified in Civil Appellate Law by the*
*Texas Board of Legal Certification*
dcampbell@808west.com

**Rio Grande Valley Office**
426 W. Caffery Ave.
Pharr, Texas 78577

**San Antonio Office**
117 W. Craig Place
San Antonio, Texas 78212

**Fort Worth Office**
209 W. 8th St.
Fort Worth, Texas 76102

May 3, 2023

**By ECF**

Patricia S. Dodszuweit
Clerk of Court
United States Court of Appeals for the Third Circuit
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA  19106

*In re: National Football League Players' Concussion Injury Litigation,*
*Case No. 23-1585*

Dear Ms. Dodszuweit:

I write on behalf Plaintiffs-Appellants Yvonne Sagapolutele; Margrit Dyko; Andre Howard; Donna Martin; Rhonda Duncan; Lenore Stehouwer; Nina Hunter; Holly Oliver; Mindy Stubbs; Gary Schuh; Rona Taylor; Lisa Chamberlin; Gwendolyn Daniels; Wanda Cayolle-Payne; John H. Baker, III; Ellen Morin; Sexton Holmes; and Ella McGill ("Class Members") and Defendants-Appellees National Football League and NFL Properties (the "NFL Parties") in the above-referenced case in order to update the Court on the status of the district court proceedings pursuant to this Court's April 3, 2023 Order (Dkt. No. 4).

May 3, 2023
Page 2

Class Members filed their motion to alter or amend the appealed order on March 24, 2023 (12-md-2323, ECF No. 12033). On April 26, 2023, the NFL Parties filed their response in opposition to the Class Members' motion (12-md-2323, ECF No. 12103). The Class Members' reply is currently due May 8, 2023. The Parties will provide the Court with a subsequent update in 30 days.

Counsel for the NFL Parties has reviewed this correspondence and has authorized the undersigned to represent to the Court that the NFL Parties are joining in this notice. The parties are available to address any questions that the Court may have.

Respectfully submitted,

*/s/ David Campbell*
David Campbell
Texas State Bar No. 24057033
*dcampbell@808west.com*
O'HANLON, DEMERATH & CASTILLO
808 West Avenue Austin, TX 78701
Telephone: (512) 494-9949
Facsimile: (512) 494-9919
**Counsel for Plaintiffs-Appellants**

cc:   All Counsel of Record (by ECF)